**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) CR-08-00106-PHX-MHM |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Orin Ray Antone, | ) **DETENTION  ORDER** |
| | ) |
| Defendant. | ) |
| | ) |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on October 28, 2010.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 28th day of October, 2010.

Lawrence O. Anderson
United States Magistrate Judge